1  LAWRENCE G. BROWN
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797





5
   **SEALED**
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 IN RE:                              )   2:09-SW-0330-KJM
                                       )
12 SEARCH WARRANT AUTHORIZED FOR       )
   THE PREMISES LOCATED AT:            )
13                                     )
   20012 Sky Ridge Place               )   ORDER FOR DESTRUCTION OF BULK
14 North San Juan, CA                  )   MARIJUANA SEIZURE
   Nevada County Parcel Number         )
15 62-300-04                           )
                                       )
16 _____)

17

18      The United States applied for an order permitting its agents

19 to destroy bulk marijuana that it expects to seize in this matter

20 pursuant to a duly authorized search warrant.  Having read and

21 considered the papers filed by the United States, and good cause

22 appearing therefrom:

23      IT IS HEREBY ORDERED that the DEA and other investigative

24 agencies involved in the investigation of this matter are

25 authorized to destroy, forthwith, any bulk marijuana seized during

26 the investigation.  For evidentiary purposes, the marijuana plants

27 shall be counted and, if possible, weighed.  Additionally, any

28 seized marijuana gardens shall be photographed and/or videotaped,

                                   1

1 and a representative sample taken from each location, which shall
2 be preserved until further order of this court.

4 Dated: October 7, 2009

KIMBERLY J. MUELLER
U.S. Magistrate Judge